AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>Miaya Arnette<br>*Defendant(s)* | Case No. 21-MJ-00123 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 18, 2021 in the county of Fort Polk Military Reservation in the Western District of Louisiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. s113(a)(3) | Assault with a dangerous weapon with intent to do bodily harm |
| 18 U.S.C. s113(a)(6) | Assault resulting in serious bodily injury |
| 18 U.S.C. s1113 | Attempt to commit manslaughter |

This criminal complaint is based on these facts:

See Attachment 1 (Affidavit)

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Zachary Thomas, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/19/21 @ 3:00 p.m.

*Judge's signature*

City and state: Alexandria, LA

Joseph Perez-Montes, U.S. Magistrate Judge
*Printed name and title*