# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

**UNITED STATES OF AMERICA**  **CASE NO.  1:21-MJ-00123**

**VERSUS**  **MAGISTRATE JUDGE PEREZ-MONTES**

**MIAYA ARNETTE**

## MINUTES OF COURT:
### Initial Appearance

| Date: | September 21, 2021 | Presiding: Magistrate Judge Joseph H. L. Perez-Montes | |
|---|---|---|---|
| Court Opened: | 4:00 p.m. | Courtroom Deputy: | Yvonna Tice |
| Court Adjourned: | 4:30 p.m. | Court Reporter: | Zoom Recording |
| **Statistical Time:** | **00:30** | Courtroom: | Video Conference |

## APPEARANCES

| | | |
|---|---|---|
| Daniel McCoy, (AUSA), by video | For | United States of America |
| James Klock (AUSPD), by vid | For | Miaya Arnette, defendant (IN CUSTODY) |
| Miaya Arnette, Defendant | | (IN CUSTODY) |

## PROCEEDINGS

**Before Court Opened**:

Defendant Completed Financial Affidavit for Appointment of Counsel
Defendant Provided with Charging Document

**INITIAL APPEARANCE ON**:    Complaint

Defendant Sworn
Defendant advised of charges, maximum penalties, & rights
Defendant admitted her identity.

**DETENTION:** Government moved for detention
Defendant requests Detention Hearing
Detention Hearing Set for:  **September 28, 2021 at 3:00 p.m.**

**PRELIMINARY HEARING:**
Defendant requests Preliminary Hearing
Preliminary Hearing Set for: **September 28, 2021 at 3:00 p.m.**

**FILINGS:**
Financial Affidavit
Consent to Proceed by VTC
Defendant's Request for Appointment of Counsel
Order Appointing Counsel
Order Scheduling a Detention Hearing

**RULINGS/COMMENTS:**
All appearances were by video, via ZOOM, by consent and/or waiver of all parties. This court hearing was held by video according to the COVID-19, signed by Chief Judge Hicks. This order was signed in accordance with the federal law passed under the Cares Act of 2020.

The defendant is remanded into the custody of the United States Marshal pending her detention and preliminary hearings set for **September 28, 2021 at 3:00 p.m.** via video conference before Judge Perez-Montes. An email with the link access will be sent prior to the hearing.

Government's Oral Motion to Unseal Complaint, **with Affidavit to remain sealed**, **GRANTED**.